FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 10 AM 11: 22

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR606-26 |
| | ) | |
| CHARLES WILLIS, HARRY ALVIN, MISTRELL ALVIN, BRENTIS HENDRIX, SAMUEL BROWN, BETTY BACON, O'TEJIA WILSON, | ) ) ) ) ) | |
| Defendants. | ) | |

## MINUTE ORDER

The above cause having come before the Court on the 9th day of August, 2007, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

Defendant Charles Willis' motion to suppress is TAKEN UNDER ADVISEMENT.

Defendant Brentis Hendrix's motion for bill of particulars is DENIED.

Defendant Samuel Brown's motion to suppress is WITHDRAWN.

Defendant Betty Bacon's oral motion for continuance is DENIED.

Defendant Betty Bacon's motion for Jackson-Denno hearing is WITHDRAWN.

Defendants' motions to sever are DENIED.

Defendants' motions in limine to suppress are WITHDRAWN.

All other pretrial motions are hereby deemed MOOT.

**SO ORDERED** this 10TH day of August, 2007.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**