FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 AUG 30 AM 11: 21

CLERK /kw
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 606-26 |
| | ) | |
| JULIUS PINKSTON, ET AL | ) | |

### ORDER OF SPECIAL SETTING

UPON CONSIDERATION BY THE COURT OF THE MOTION OF THE UNITED STATES for a special trial setting, and given that speedy trial is not at issue, the complexity of the case, and the number of change of plea hearings that need to be conducted, the Court is satisfied that good cause exists for a special setting.

IT IS HEREBY ORDERED that the jury selection and trial of this case shall be held on _Monday, Oct. 1, 2007_.

SO ORDERED, this ___ day of _____, 2007.

_____
B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia