FILED
U.S. DISTRICT COURT
DIV.

2009 JUN 22, AM 10: 34

CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

CHARLES WILLIS,                     )
                                    )
    Movant,                         )
                                    )
v.                                  )     Case No.    CV608-116
                                    )                 CR606-026
UNITED STATES OF AMERICA,           )
                                    )
    Respondent.                     )

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Movant Charles Willis is entitled to be resentenced absent the career offender enhancement applied at his initial sentencing. Accordingly, the United States Probation Office is **DIRECTED** to prepare a new presentence investigation report reflecting the fact that Willis is not a career offender under the sentencing guidelines. The Court will appoint new counsel to represent movant at the resentencing hearing, and the Clerk is

therefore **DIRECTED** to prepare the appropriate appointment papers (CJA-20) forthwith. The Court will schedule the case for resententencing once the revised presentence investigation report has been prepared and reviewed by counsel.

SO ORDERED this 22 day of July, 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA