# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

**CHARLES ANTHONY WILLIS,**

Movant,

v.   6:12-cv-89

**UNITED STATES OF AMERICA,**

Respondent.

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is ***ADOPTED*** as the opinion of the Court.

Willis has come back to the well over and over. He has a long history of entanglement in the criminal justice system, and machinating his way through that system to evade harsh punishments. Willis has zealously pursued his rights to appeal and seek post-conviction remedies in this case, and, as a result, the Court is imminently familiar with the facts. The Court has taken into consideration his assistance to the government, but the Court also takes into consideration Willis's participation in the criminal activity at issue. That iniquity cannot go unnoticed. The well from which Willis seeks to draw relief has run dry.

This 25 day of February, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA