FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 MAY 22 PM 2:59

CLERK C Adams
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Charles Willis ) | Case No: 6:06CR00026-4 |
| ) | USM No: 62406-061 |
| Date of Original Judgment: October 22, 2009 ) | Lance J. Hamilton |
| Date of Previous Amended Judgment: ) | Defendant's Attorney |

*(Use Date of Last Amended Judgment if Any)*

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __151__ months **is reduced to** __time served__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __October 22, 2009__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __5/22/15__

*Judge's signature*

Effective Date: __November 1, 2015__
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*