UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 MAY 28  PM 2: 16
CLERK C Adams
SO. DIST. OF GA.

United States of America )
v. )
Charles Willis )  Case No: 6:06CR00026-4
) USM No: 62406-061
Date of Original Judgment: October 22, 2009  ) Lance J. Hamilton
Date of Previous Amended Judgment: May 22, 2015 ) Defendant's Attorney
*(Use Date of Last Amended Judgment if Any)*

**Amended Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**
**Reason for Amendment:  [X] Correction of Sentence for Arithmetical Error (Fed.R.Crim.P. 35(a))**

Upon motion of   [X] the defendant   [ ] the Director of the Bureau of Prisons   [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   151   months **is reduced to**   121 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated   October 22, 2009   shall remain in effect.
**IT IS SO ORDERED.**
Order Date:   5/28/15

Judge's signature

Effective Date:  November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
Printed name and title